UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

Louann Hall,

    Plaintiff,

v.                                                                  Case No. 14-12448

Commissioner of Social Security,                 Honorable Sean F. Cox

    Defendant.
_____/

**ORDER ADOPTING
8/17/16 REPORT AND RECOMMENDATION
AND DISMISSING PLAINTIFF'S COMPLAINT WITHOUT PREJUDICE**

    Represented by counsel, Plaintiff Louann Hall filed this action challenging the Commissioner's unfavorable decision disallowing benefits. During the course of this case, however, a three-judge panel of this Court determined that Plaintiff's Counsel was no longer permitted to represent Plaintiff. Thereafter, the magistrate judge assigned to this action struck the previously-filed motions for summary judgment and set a new briefing schedule for the parties. The Commissioner filed a motion for summary judgment but Plaintiff, who is now proceeding *pro se*, did not.

    On August 17, 2016, Magistrate Judge Stephanie Dawkins issued a Report and Recommendation wherein she recommends that this Court either: 1) affirm the Commissioner's decision; or 2) dismiss Plaintiff's complaint without prejudice. (Docket Entry No. 23).

    Pursuant to Fed. R. Civ. P. 72(b), a party objecting to the recommended disposition of a matter by a magistrate judge must file objections to the R&R within fourteen (14) days after

1

being served with a copy of the R&R.  No party has filed any objections and the time for doing so has passed.

The Court hereby ADOPTS the magistrate judge's Report and Recommendation and, under the circumstances presented here, ORDERS that Plaintiff's complaint is DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED.


Dated:  September 7, 2016                         S/ Sean F. Cox
                                                  Sean F. Cox
                                                  U. S. District Judge


I hereby certify that on September 7, 2016, the foregoing document was served on counsel of record via electronic means and upon Louann Hall via First Class mail at the address below:

Louann Hall
6101 Woodmoor
Burton, MI 48509

                                                  S/ J. McCoy
                                                  Case Manager